ROBERT DAVID BAKER, INC.
Robert David Baker, Esq. (87314)
rbaker@rdblaw.net
80 South White Road
San Jose, CA 95127
Telephone: (408) 251-3400
Facsimile: (408) 251-3401

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO CALING, | Case No. C 12-02260 EJD |
| Plaintiff, vs. | STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(ii)] |
| SUNRISE SENIOR LIVING MANOR, SUNRISE SENIOR LIVING SERVICES, INC., SUNRISE SENIOR LIVING, INC., SUNRISE SENIOR LIVING MANAGEMENT, INC., DOES 1-10, | |
| Defendants. | |

TO: UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE: that the parties in the above-entitled matter stipulate to a dismissal with prejudice of the complaint on file in the above-entitled matter.

IT IS SO STIPULATED,

Dated: December 11, 2012

_____
ROBERT DAVID BAKER, ESQ.
Attorney For Plaintiff

Dated: December 12, 2012

_____
JEFFREY B. HARDIE, ESQ.
Attorney For Defendants

## ORDER

Based upon the stipulation for dismissal,

IT IS SO ORDERED, that the above-entitled matter is dismissed with prejudice. The Clerk shall close this file.

Dated: December 17, 2012

Honorable Edward J. Davila

United States District Court Judge