ROBERT DAVID BAKER, INC.
Robert David Baker, Esq. (87314)
rbaker@rdblaw.net
80 South White Road
San Jose, CA 95127
Telephone: (408) 251-3400
Facsimile: (408) 251-3401

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACINTO CALING,

    Plaintiff,

vs.

SUNRISE SENIOR LIVING MANOR,
SUNRISE SENIOR LIVING SERVICES, INC.,
SUNRISE SENIOR LIVING, INC.,
SUNRISE SENIOR LIVING MANAGEMENT, INC.,
DOES 1-10,

    Defendants.
_____/

Case No. C 12-02260 EJD

STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(ii)]

TO: UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE: that the parties in the above-entitled matter stipulate to a dismissal with prejudice of the complaint on file in the above-entitled matter.

IT IS SO STIPULATED,

Dated: December 11, 2012

_____
ROBERT DAVID BAKER, ESQ.
Attorney For Plaintiff

Dated: December 12, 2012

_____
JEFFREY B. HARDIE, ESQ.
Attorney For Defendants

# ORDER

Based upon the stipulation for dismissal,

IT IS SO ORDERED, that the above-entitled matter is dismissed with prejudice. The Clerk shall close this file.

Dated: December 17, 2012

*[signature]*

Honorable Edward J. Davila

United States District Court Judge